IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:16-CV-62468-BB

DENIS MARTIN SHUMARD,
DEBORAH SORENSON, TIMOTHY
GRESGE, FRANCINE MITZMAN, and
JOHN LOSACCO,

    Plaintiffs

v.

CRISTIAN MCKEON, JOSEPH DAUCH,
ATHANSIOS ZIROS, PRITI DUBAL, POP'S
PHARMACY, CGX MARKETING, and
SDS MARKETING,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL

Defendants Cristian McKeon, Joseph Dauch, Athansios Ziros, Priti Dubal, Pop's Pharmacy, and CGX Marketing (hereinafter "Defendants") by and through their undersigned counsel and pursuant to Rule 7.1 (a)(1)(f) of the Local Rules for the United States District Court for the Southern District of Florida, hereby file and serve this motion for substitution of counsel for and in support therefore submit as follows:

1.     The undersigned counsel of record will be substituted as counsel or record for Defendants Cristian McKeon, Joseph Dauch, Athansios Ziros, Priti Dubal, Pop's Pharmacy, and CGX Marketing in place of the following:

RANDY A. FLEISCHER, ESQ.
LAW OFFICES OF RANDY A. FLEISCHER, P.A.
8258 State Rd 84

Wilson Elser Moskowitz Edelman & Dicker LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400• FACSIMILE (305) 579-0261

1

Davie, FL 33324
Florida Bar No. 910546
Telephone: (954) 472-8401
Facsimile: (954) 472-8446
Email: randy@rafesq.com

2.  Defendants Cristian McKeon, Joseph Dauch, Athansios Ziros, Priti Dubal, Pop's Pharmacy and CGX Marketing request and approve this substitution of counsel. The substitution of counsel will not cause any undue delay in these proceedings.

**WHEREFORE,** Defendants Cristian McKeon, Joseph Dauch, Athansios Ziros, Priti Dubal, Pop's Pharmacy, and CGX Marketing respectfully request that this Honorable Court enter any order granting their motion for substitution of counsel withdrawing Randy A. Fleischer, Esq. of Law Offices of Randy A. Fleischer, P.A. as counsel of record and substituting Gavin N.L. White, Esq., Tanya I. Suarez, Esq. and the law firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP as the attorneys of record.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Attorneys for Defendants*
100 Southeast Second Street – Suite 3800
Miami, Florida 33131-2144
Tel. (305) 374-4400/Fax (305) 579-0261

By: *s/ Gavin N.L. White*
GAVIN N.L. WHITE
Florida Bar No.: 537853
Gavin.white@wilsonelser.com
TANYA I. SUAREZ
Florida Bar No.: 86259
tanya.suarez@wilsonelser.com

Wilson Elser Moskowitz Edelman & Dicker LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400• FACSIMILE (305) 579-0261
2

1086006v.1

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on **April 18, 2017** with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Gavin N.L.White*
GAVIN N.L. WHITE
Florida Bar No.: 537853

## SERVICE LIST

**Randy A. Fleischer, Esq.**
LAW OFFICES OF RANDY A. FLEISCHER, P.A.
8258 State Rd 84
Davie, FL 33324
Telephone: (954) 472-8401
Facsimile: (954) 472-8446
Email: randy@rafesq.com
*Service via CM/ECF*

**Jared Dokovna, Esq.**
6231 PGA Blvd
Suite 104-242
Palm Beach Gardens, FL 33418
Telephone: (786) 220-1665
Facsimile: (305) 397-1271
jared@dokovna.com
*Service via CM/ECF*

Wilson Elser Moskowitz Edelman & Dicker LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400• FACSIMILE (305) 579-0261
3

1086006v.1